IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES A. GEORGE, JR.,

      Petitioner,

                                Case No. 5D22-1834
v.                                LT Case No. 2019-CF-978


STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed October 7, 2022

Petition for Belated Appeal,
A Case of Original Jurisdiction.

James A. George, Jr., Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and treated as the notice of appeal from the

December 30, 2019 judgment and sentence rendered in Case No. 2019-

CF-978, in the Circuit Court in and for Hernando County, Florida.  *See* Fla.

R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.